UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWIN J. BUNCH,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

ORDER

Civil No. 07-6056-ST

HAGGERTY, Chief Judge:

    Magistrate Judge Stewart referred to this court a Findings and Recommendation [28] in this action. The Magistrate Judge recommended that the Commissioner's final decision should be reversed and the case remanded for further proceedings.

    The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B). *See also* Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is

1    - ORDER

no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974).

  This court has examined the pending motion and the underlying record.  No clear error appears on the face of the record.  The Findings and Recommendation [28] is, therefore, adopted. Accordingly, the opinion of the Commissioner is REVERSED and the case REMANDED for further proceedings.

  IT IS SO ORDERED.

  DATED this   24   day of July, 2008.


                   /s/ Ancer L. Haggerty      
               Ancer L. Haggerty
              United States District Judge