UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWIN J. BUNCH,

       Plaintiff,

                                                 Civil No. 07-6056-ST

       v.

                                                 JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

       Based on the Order adopting the Findings and Recommendation [28] of Magistrate Judge Stewart, IT IS HEREBY ORDERED AND ADJUDGED that the opinion of the Commissioner is REVERSED and this case is REMANDED for further proceedings..

       Dated this __24__ day of July, 2008.

                                                        /s/ ANCER L. HAGGERTY
                                                         ANCER L. HAGGERTY
                                               UNITED STATES DISTRICT JUDGE