FILED'08 AUG 11 17:01 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| EDWIN J. BUNCH, | Civil No. 3:07-CV-6056-ST |
| Plaintiff, | |
| vs. | ORDER FOR ATTORNEY FEES |
| MICHAEL J. ASTRUE, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $6,747.50 are awarded to Plaintiff in care of Plaintiff's attorney and mailed to PO Box 98, Summertown, TN 38483. There are no costs and expenses to be paid herein.

DATED this __11__ day of __August__, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ DAPHNE BANAY
Special Assistant United States Attorney
(206) 615-2113
of Attorneys for Defendant

ORDER - [3:07-CV-6056-ST]